1  James S. Greenan (SBN 53648)
   Yen Chau (SBN 221087)
2  GREENAN, PEFFER, SALLANDER & LALLY LLP
   Post Office Box 10
3  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
4  Telephone: (925) 866-1000
   Facsimile: (925) 830-8787
5
   Attprneys for Defendants
6  Sharrie Cutshall and 0713401 B.C. Ltd.

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO

10

11 PLUSFIVE CLAIMS, LLC, a California   ) Case No.: 10-1561-SC
   limited liability company.,          )
12                                      ) **STIPULATION TO VACATE DEFAULT
              Plaintiff,                ) AND [PROPOSED] ORDER VACATING
13                                      ) DEFAULT**
       vs.                              )
14                                      )
   0713401 B.C. Ltd., a foreign entity, and )
15 SHARRIE CUTSHALL, an individual,     ) Judge:   Hon. Samuel Conti
                                        )
16            Defendants.               )
                                        )
17                                      )
                                        )
18 _____      )

19

20     Plaintiff PLUSFIVE CLAIMS, LLC, and Defendants 0713401 B.C. Ltd. and Sharrie

21 Cutshall hereby stipulate as follows:

22     1. The Clerk's entry of default, entered November 16, 2010, shall be vacated.

23     2. Defendants 0713401 B.C. Ltd. and Sharrie Cutshall shall be deemed to have appeared

24        through their attorney James Greenan and Defendants agree to file a response to

25        Plaintiff's Complaint by January 14, 2011.

26 ///

27 ///

28 ///

Greenan,
Peffer,
Sallander &                          1
Lally LLP
   Stipulation and Order Vacating Default                      Case No. 10-01561-SC

Dated: November 19, 2010

TREPEL MCGRANE GREENFIELD LLP

By: /s/ _____
William J. Walraven
Attorneys for Plaintiff PLUSFIVE CLAIMS, LLC

Dated: November 19, 2010

GREENAN, PEFFER, SALLANDER & LALLY LLP

By: /s/ _____
James S. Greenan
Attorneys for Defendants SHARRIE CUTSHALL and 0713401 B.C. Ltd.

Pursuant to the Stipulation of Plaintiff PLUSFIVE CLAIMS, LLC, and Defendants 0713401 B.C. Ltd. and Sharrie Cutshall,

IT IS HEREBY ORDERED THAT:

1. The Clerk's entry of default, entered November 16, 2010, shall be vacated.
2. Defendants 0713401 B.C. Ltd. and Sharrie Cutshall shall be deemed to have appeared through their attorney James Greenan and Defendants shall file a response to Plaintiff's Complaint by January 14, 2011.

IT IS SO ORDERED.

Dated: __Nov 23__, 2010

_____
JUDGE SA[...]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*