1  James S. Greenan (SBN 53648)
   Yen Chau (SBN 221087)
2  GREENAN, PEFFER, SALLANDER & LALLY LLP
   Post Office Box 10
3  6111 Bollinger Canyon Road, Suite 500
   San Ramon, California 94583
4  Telephone: (925) 866-1000
   Facsimile: (925) 830-8787
5
   Attprneys for Defendants
6  Sharrie Cutshall and 0713401 B.C. Ltd.

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO

10

11 PLUSFIVE CLAIMS, LLC, a California   )   Case No.: 10-1561-SC
   limited liability company.,          )
12                                      )   **STIPULATION TO RESCHEDULE**
              Plaintiff,                )   **JANUARY 21, 2011 CASE**
13                                      )   **MANAGEMENT CONFERENCE TO**
       vs.                              )   **MARCH 4, 2011**
14                                      )
   0713401 B.C. Ltd., a foreign entity, and )
15 SHARRIE CUTSHALL, an individual,     )
                                        )   Judge:   Hon. Samuel Conti
16            Defendants.               )
                                        )
17                                      )
                                        )
18 _____ )

19

20

21

22

23

24

25

26

27

28

Plaintiff PLUSFIVE CLAIMS, LLC, and Defendants 0713401 B.C. Ltd. and Sharrie Cutshall hereby stipulate as follows:

1. The Case Management Conference scheduled for January 21, 2011 shall now be held on March 4, 2011 at 10:00 am in Department 1.  This will allow the parties sufficient time to meet and confer and prepare a Rule §26(f) joint case management statement after Defendants file a response to Plaintiff's Complaint on January 14, 2011.

Dated: January 3, 2011

                    TREPEL MCGRANE GREENFIELD LLP

                    By: /s/_____
                          William J. Walraven
                          Attorneys for Plaintiff PLUSFIVE CLAIMS, LLC

Dated: January 3, 2011

                    GREENAN, PEFFER, SALLANDER & LALLY LLP

                    By: /s/_____
                          James S. Greenan
                          Attorneys for Defendants SHARRIE CUTSHALL and 0713401 B.C. Ltd.

Pursuant to the Stipulation of Plaintiff PLUSFIVE CLAIMS, LLC, and Defendants 0713401 B.C. Ltd. and Sharrie Cutshall,

IT IS HEREBY ORDERED THAT:

1. The January 21, 2011 Case Management Conference is rescheduled to March 4, 2011 at 10:00 am in Department 1.

IT IS SO ORDERED.

Dated: __1/4____, 2011    _____
                                         JUDGE  *Judge Samuel Conti*

[Stamp: IT IS SO ORDERED / Judge Samuel Conti / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]