```
 1  James S. Greenan (SBN 53648)
    Yen Chau (SBN 221087)
 2  GREENAN, PEFFER, SALLANDER & LALLY LLP
    6111 Bollinger Canyon Road, Suite 500
 3  San Ramon, California 94583
    Telephone: (925) 866-1000
 4  Facsimile: (925) 830-8787

 5  Attorneys for Defendants
    Sharrie Cutshall and 0713401 B.C. Ltd.
 6
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PLUSFIVE CLAIMS, LLC, a California limited liability company., <br><br>    Plaintiff, <br><br>    vs. <br><br> 0713401 B.C. Ltd., a foreign entity, and SHARRIE CUTSHALL, an individual, <br><br>    Defendants. | Case No.: 10-1561-SC <br><br> **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date:         April 15, 2011 <br> Time:        10:00 a.m. <br> Courtroom: 1 <br> Judge:       Hon. Samuel Conti |

COMES NOW Defendants, SHARRIE CUTSHALL and 0713401 B.C. LTD. by and through their attorneys of record, and respectfully request this Honorable Court's permission to appear telephonically at the CMC scheduled in this matter on April 15, 2011 at 10:00 a.m.

Dated: April 12, 2010

GREENAN, PEFFER, SALLANDER & LALLY LLP


By:    /s/ James S. Greenan
       James S. Greenan
       Attorneys for Defendants
       SHARRIE CUTSHALL AND 0713401 B.C. LTD.

[STAMP: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Samuel Conti — 4/13/11]

Greenan, Peffer, Sallander & Lally LLP

Request to Appear Telephonically at CMC                          Case No. 10-01561-SC