1  MAUREEN A. HARRINGTON [194606]
   TREPEL GREENFIELD SULLIVAN & DRAA LLP
2  150 California Street, Suite 2200
   San Francisco, California 94111
3  Telephone:  (415) 283-1776
4  Facsimile:  (415) 283-1777
   Email:      mharrington@tgsdlaw.com
5
   Attorneys for PlusFive Claims, LLC
6

7
                            UNITED STATES DISTRICT COURT
8
                           NORTHERN DISTRICT OF CALIFORNIA
9
                                    SAN FRANCISCO
10

11  PLUSFIVE CLAIMS, LLC,              | Case No: 10-01561-SC

12              Plaintiff,             | NOTICE OF STIPULATION AND
                                       | [PROPOSED] ORDER PERMITTING
    vs.                                | SUBSTITUTION OF COUNSEL OF
13                                     | PLUSFIVE CLAIMS, LLC
    0713401 B.C. LTD., a foreign entity, and
14  SHARRIE CUTSHALL, an individual,

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

Page 1
Notice of Stipulation and Order Permitting
Substitution of Counsel of PlusFive Claims, LLC

1     TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that Plaintiff PlusFive Claims, LLC hereby stipulates to

3 the substitution of William McGrane and William Walraven of the law firm of McGrane

4 LLP as their attorney of record in place of the law firm of Trepel Greenfield Sullivan &

5 Draa LLP and Maureen A. Harrington.

6     Copies of the pleadings, papers, and notices should be henceforth served on the

7 following individual:

8

    William McGrane, Esq.
    McGrane LLP

9     4 Embarcadero Center, Suite 1400

10     San Francisco, CA 94111
    Telephone:  (415) 766.3590

11     Email:  William.McGrane@mcgranellp.com

12 DATED:  September 8, 2011    McGRANE LLP

13

14     By:___/s/ William McGrane_____
          William McGrane

15 We consent to the substitution.

16 DATED:  September 8, 2011    TREPEL GREENFIELD SULLIVAN & DRAA LLP

17

18     By:___/s/ Maureen A. Harrington_____
          Maureen A. Harrington

19     Attorneys for Plaintiff PlusFive Claims, LLC

20 On behalf of PlusFive Claims, LLC, we consent to the substitution.

21 DATED:  September 8, 2011    PLUSFIVE CLAIMS, LLC

22

23     By:___/s/ Tudor Jones_____
          Tudor Jones

24           Its Manager

25

26

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti)

Page 2
Notice of Stipulation and Order Permitting
Substitution of Counsel of PlusFive Claims, LLC

1     PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 DATED: September ___, 2011

3

4                                         By: _____

5                                                     Hon. Samuel Conti

6                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Stipulation and Order Permitting
Substitution of Counsel of PlusFive Claims, LLC