1  MAUREEN A. HARRINGTON [194606]
   TREPEL GREENFIELD SULLIVAN & DRAA LLP
2  150 California Street, Suite 2200
   San Francisco, California  94111
3  Telephone:   (415) 283-1776
4  Facsimile:   (415) 283-1777
   Email:        mharrington@tgsdlaw.com
5
   Attorneys for PlusFive Claims, LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN FRANCISCO
10

11 PLUSFIVE CLAIMS, LLC,                    Case No:  10-01561-SC

12              Plaintiff,                  NOTICE OF STIPULATION AND
                                            [PROPOSED] ORDER PERMITTING
   vs.                                      SUBSTITUTION OF COUNSEL OF
13                                          PLUSFIVE CLAIMS, LLC
   0713401 B.C. LTD., a foreign entity, and
14 SHARRIE CUTSHALL, an individual,

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

Page 1
Notice of Stipulation and Order Permitting
Substitution of Counsel of PlusFive Claims, LLC

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff PlusFive Claims, LLC hereby stipulates to

3  the substitution of William McGrane and William Walraven of the law firm of McGrane

4  LLP as their attorney of record in place of the law firm of Trepel Greenfield Sullivan &

5  Draa LLP and Maureen A. Harrington.

6  Copies of the pleadings, papers, and notices should be henceforth served on the

7  following individual:

8  
William McGrane, Esq.
9  McGrane LLP
4 Embarcadero Center, Suite 1400
10  San Francisco, CA 94111
Telephone: (415) 766.3590
11  Email: William.McGrane@mcgranellp.com

12  DATED: September 8, 2011     McGRANE LLP

13

14                                By:___/s/ William McGrane_____
                                      William McGrane
15  We consent to the substitution.

16  DATED: September 8, 2011     TREPEL GREENFIELD SULLIVAN & DRAA LLP

17

18                                By:___/s/ Maureen A. Harrington_____
                                      Maureen A. Harrington
19                                Attorneys for Plaintiff PlusFive Claims, LLC

20  On behalf of PlusFive Claims, LLC, we consent to the substitution.

21  DATED: September 8, 2011     PLUSFIVE CLAIMS, LLC

22

23                                By:___/s/ Tudor Jones_____
                                      Tudor Jones
24                                Its Manager

25

26

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

Page 2
Notice of Stipulation and Order Permitting
Substitution of Counsel of PlusFive Claims, LLC

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   DATED:  September ___, 2011

3

4                                              By: _____

5                                                   Hon. Samuel Conti

6                                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Notice of Stipulation and Order Permitting
Substitution of Counsel of PlusFive Claims, LLC