**United States District Court**
For the Northern District of California

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    PLUSFIVE CLAIMS, LLC,              )  Case No. 10-1561-SC
                                        )
10              Plaintiff,              )  ORDER DENYING MOTION TO
                                        )  CONTINUE HEARING; ORDER TO
11         v.                           )  SHOW CAUSE
                                        )
12   0713401 B.C. LTD, a foreign        )
     entity, SHARRIE CUTSHALL, an       )
13   individual,                        )
                                        )
14              Defendants.             )
                                        )
15   _____)

16

17         The Court hereby DENIES Defendant Sharrie Cutshall's request

18   to continue the scheduled December 17, 2012 hearing in this matter.

19   The hearing shall proceed as scheduled.  Ms. Cutshall shall appear

20   in person or through counsel.  Otherwise, the Court will enter her

21   default.  Pursuant to the Court's standing order, appearance by

22   telephone will not be permitted.

23         Ms. Cutshall is also ORDERED TO SHOW CAUSE why sanctions

24   should not issue against her.[1]  Ms. Cutshall has repeatedly

25   disregarded this Court's Orders concerning ex parte communication.

26

27   _____

     [1] An Order to Show Cause or "OSC" means that Ms. Cutshall must
28   demonstrate why she should not be disciplined ("sanctioned") by the
     Court for her failure to comply with the Court's orders.  The
     sanction may take the form of a fine.

**United States District Court**
For the Northern District of California

1   On November 16, 2012, the Court ordered Ms. Cutshall (1) to file

2   her past ex parte communications -- specifically, the letters she

3   emailed to the Court on November 14 and 15, 2012 -- in the Court's

4   electronic case filing system ("ECF") by 12:00 p.m. Pacific

5   Standard Time on November 30, 2012, and (2) to desist from further

6   ex parte communication with the Court.  ECF No. 101 ("Nov. 16

7   Order").  As the Court explained at that time:

8              [T]his case is, like every lawsuit, a matter of
               public record.  Both Plaintiff and the public
9              have a right to know what Ms. Cutshall says to
               the Court, just as Ms. Cutshall has a right to
10             know what Plaintiff says to the Court.  Ms.
               Cutshall shall DESIST from further ex parte
11             communication with the Court.  Put plainly,
               that means if Ms. Cutshall wants to ask the
12             Court for something, she must file a motion
               through ECF.  The Court will disregard and
13             ignore any further communication from Ms.
               Cutshall unless it is filed in this case's
14             docket through ECF.

15  Id. at 3-4.

16       Ms. Cutshall has not complied with the Court's November 16

17  Order.  With respect to the Order to file her previous letters, Ms.

18  Cutshall did not do so by the deadline or at any time since.  With

19  respect to the Order that she desist from further ex parte

20  communication, Ms. Cutshall sent the Court another ex parte letter

21  on December 7, 2012.  The Court construes that letter as a request

22  for relief from the requirement that Ms. Cutshall refrain from ex

23  parte communication.  The request, so construed, is DENIED, for the

24  reasons stated in the November 16 Order.  Plaintiff has a right to

25  know what Ms. Cutshall says to the Court.

26       The hearing scheduled for December 17, 2012 remains

27  undisturbed.  The hearing shall be held at 10:00 a.m. Pacific

28  Standard Time on December 17, 2012, in Courtroom One, United States

Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Ms. Cutshall shall appear in person for the hearing or the Court will enter her default in Case No. 10-cv-1561-SC.

At the hearing, the Court will also consider the matter of sanctions.  Sanctions may include payment of a fine.  Ms. Cutshall may respond to the OSC either by (1) appearing in person or through counsel at the December 17 hearing, or (2) filing through ECF a brief of no more than five (5) pages, due at 12:00 p.m. Pacific Standard Time on Friday, December 14, 2012, or (3) both appearing and filing a brief in ECF.  Ms. Cutshall may not respond in any other way.

Lastly, even if Ms. Cutshall elects to file a brief in response to the OSC, Ms. Cutshall is still required to attend the December 17 hearing in person or through counsel to avoid default in this case.


IT IS SO ORDERED.


Dated: December 10, 2012

_____

UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California